# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-13-00788-CV

J. F.-W., Appellant

v.

Texas Department of Family and Protective Services, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 353RD JUDICIAL DISTRICT
NO. D-1-FM-12-006308, HONORABLE RHONDA HURLEY, JUDGE PRESIDING

M E M O R A N D U M   O P I N I O N

PER CURIAM

Appellant J.F.-W. notified this Court of the trial court's order for paternity testing that is relevant to appellant's pending motion for new trial, and appellant has requested that this appeal be abated pending the results of that testing.

The appeal is abated until further order of this Court. Appellant is instructed to file a report no later than February 3, 2014, informing this Court about the status of the trial court proceedings and the paternity testing. Failure to file the status report by February 3, 2014, will result in the reinstatement of this appeal. *See* Tex. R. App. P. 42.3(b).

Before Justices Puryear, Rose, and Goodwin

Abated

Filed: December 20, 2013